**SHA-1 Hash:** A2C51A61409258952A469C9C1DF8C197CC5C85AE **Title:** Threes Company
**Rights Owner:** Malibu Media, LLC

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.1.237.35 | 09/26/2012 02:50:21 | Crest Hill | IL | Comcast Cable | BitTorrent |
| 2 | 24.12.185.86 | 09/14/2012 02:40:11 | Evanston | IL | Comcast Cable | BitTorrent |
| 3 | 24.14.119.87 | 09/06/2012 05:47:51 | Sycamore | IL | Comcast Cable | BitTorrent |
| 4 | 24.14.146.245 | 09/01/2012 15:50:41 | Schaumburg | IL | Comcast Cable | BitTorrent |
| 5 | 24.15.87.187 | 10/02/2012 19:54:39 | Wheaton | IL | Comcast Cable | BitTorrent |
| 6 | 50.141.209.92 | 10/11/2012 21:21:18 | Western Springs | IL | Comcast Cable | BitTorrent |
| 7 | 67.163.69.141 | 10/29/2012 01:34:45 | Darien | IL | Comcast Cable | BitTorrent |
| 8 | 67.167.63.176 | 09/18/2012 01:03:50 | Lombard | IL | Comcast Cable | BitTorrent |
| 9 | 67.173.143.43 | 10/24/2012 22:41:08 | Hinsdale | IL | Comcast Cable | BitTorrent |
| 10 | 67.175.186.219 | 10/12/2012 14:57:24 | Lemont | IL | Comcast Cable | BitTorrent |
| 11 | 67.184.210.251 | 10/31/2012 01:41:45 | Carpentersville | IL | Comcast Cable | BitTorrent |
| 12 | 67.184.45.19 | 09/05/2012 02:31:59 | Naperville | IL | Comcast Cable | BitTorrent |
| 13 | 71.194.35.212 | 10/24/2012 16:31:08 | Naperville | IL | Comcast Cable | BitTorrent |
| 14 | 71.201.61.16 | 11/06/2012 06:13:06 | Bloomingdale | IL | Comcast Cable | BitTorrent |
| 15 | 71.57.6.49 | 09/11/2012 13:14:07 | Downers Grove | IL | Comcast Cable | BitTorrent |
| 16 | 76.29.9.197 | 10/15/2012 21:17:32 | Lincolnwood | IL | Comcast Cable | BitTorrent |
| 17 | 98.220.236.148 | 11/11/2012 17:52:35 | Evanston | IL | Comcast Cable | BitTorrent |
| 18 | 98.226.241.217 | 09/29/2012 01:37:50 | Wilmette | IL | Comcast Cable | BitTorrent |
| 19 | 98.227.30.95 | 09/06/2012 22:28:46 | Palatine | IL | Comcast Cable | BitTorrent |
| 20 | 98.228.209.132 | 09/29/2012 20:47:05 | Arlington Heights | IL | Comcast Cable | BitTorrent |
| 21 | 98.228.73.51 | 10/09/2012 09:12:27 | Chicago | IL | Comcast Cable | BitTorrent |
| 22 | 205.178.60.88 | 09/06/2012 10:28:16 | Chicago | IL | RCN Corporation | BitTorrent |
| 23 | 205.178.85.195 | 10/29/2012 05:01:17 | Chicago | IL | RCN Corporation | BitTorrent |
| 24 | 207.181.218.3 | 09/19/2012 02:58:21 | Chicago | IL | RCN Corporation | BitTorrent |

EXHIBIT A

NIL27

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 25 | 216.80.116.82 | 10/04/2012 13:22:49 | Chicago | IL | RCN Corporation | BitTorrent |

EXHIBIT A

NIL27