Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|-------|----------------|------------|-------------------|
| Morning Memories | 09/10/2012 | 09/19/2012 | 09/26/2012 10:34:08 |
| Three for the Show | 09/24/2012 | 09/28/2012 | 09/26/2012 03:10:03 |
| Threes Company | 08/17/2012 | 08/15/2012 | 09/26/2012 02:50:21 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/26/2012 10:24:36 |
| Underwater Lover | 09/17/2012 | 09/20/2012 | 09/24/2012 04:43:48 |
| Young Passion | 10/17/2012 | 10/26/2012 | 11/03/2012 17:31:27 |

**Total Statutory Copyright Infringements for Doe #1:  6**

EXHIBIT B

Doe #2

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Amazing Grace 03:37:57 | 09/14/2012 | 09/19/2012 | 09/18/2012 |
| Ibiza Love 04:03:59 | 10/27/2012 | 10/28/2012 | 10/30/2012 |
| Just Married 03:38:18 | 07/06/2011 | 03/10/2012 | 11/01/2012 |
| Leila Last Night 02:10:35 | 02/01/2012 | 02/17/2012 | 11/07/2012 |
| Lovers Quarrel 05:31:47 | 11/14/2012 | 11/20/2012 | 11/12/2012 |
| Morning Memories 03:12:08 | 09/10/2012 | 09/19/2012 | 09/12/2012 |
| Poolside Passion 04:42:49 | 10/25/2012 | 10/26/2012 | 10/26/2012 |
| Pretty Back Door Baby 02:24:46 | 05/08/2012 | 05/10/2012 | 09/21/2012 |
| Side by Side 01:49:34 | 09/03/2012 | 09/19/2012 | 09/17/2012 |
| Soul Mates 01:06:36 | 11/07/2012 | 11/15/2012 | 11/06/2012 |
| Starting Over 03:30:20 | 08/27/2012 | 09/10/2012 | 11/01/2012 |
| The Masseuse 01:26:13 | 11/25/2011 | 03/08/2012 | 09/27/2012 |
| Threes Company 02:40:11 | 08/17/2012 | 08/15/2012 | 09/14/2012 |
| Unbelievably Beautiful 04:17:38 | 08/24/2012 | 09/10/2012 | 09/07/2012 |

**Total Statutory Copyright Infringements for Doe #2:  14**

EXHIBIT B

Doe #3

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Close to the Edge 08:05:36 | 08/06/2012 | 08/07/2012 | 09/06/2012 |
| Farewell 08:05:31 | 08/03/2012 | 08/07/2012 | 09/06/2012 |
| Morning Memories 07:58:58 | 09/10/2012 | 09/19/2012 | 10/07/2012 |
| Morning Tryst 18:37:26 | 07/24/2012 | 07/25/2012 | 09/07/2012 |
| Russian Invasion 17:43:34 | 09/26/2012 | 09/28/2012 | 10/05/2012 |
| Silver Bullets 21:07:15 | 05/13/2012 | 05/16/2012 | 10/29/2012 |
| Threes Company 05:47:51 | 08/17/2012 | 08/15/2012 | 09/06/2012 |
| Underwater Lover 07:51:25 | 09/17/2012 | 09/20/2012 | 10/07/2012 |
| Yoga in the Sky 05:04:40 | 06/27/2012 | 06/29/2012 | 07/09/2012 |

**Total Statutory Copyright Infringements for Doe #3:  9**

EXHIBIT B

NIL27

Doe #4

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| A Day to Remember<br>00:45:30 | 10/22/2012 | 10/26/2012 | 11/07/2012 |
| Amazing Grace<br>18:58:10 | 09/14/2012 | 09/19/2012 | 09/16/2012 |
| Being Me<br>23:59:49 | 08/15/2012 | 08/21/2012 | 08/30/2012 |
| Black Lingerie Bliss<br>00:51:19 | 09/19/2012 | 09/19/2012 | 10/03/2012 |
| Casual Sex<br>00:50:02 | 10/31/2012 | 11/07/2012 | 11/07/2012 |
| Classic Beauty<br>18:10:52 | 09/11/2012 | 09/19/2012 | 09/16/2012 |
| Close to the Edge<br>00:29:55 | 08/06/2012 | 08/07/2012 | 08/13/2012 |
| Come To My Window<br>00:27:23 | 07/27/2012 | 07/31/2012 | 08/13/2012 |
| Dangerous Game<br>00:42:30 | 10/10/2012 | 10/14/2012 | 11/07/2012 |
| Farewell<br>00:29:39 | 08/03/2012 | 08/07/2012 | 08/13/2012 |
| First Love<br>18:11:54 | 09/05/2012 | 09/25/2012 | 09/16/2012 |
| Happy Couple<br>01:09:49 | 06/25/2012 | 06/25/2012 | 08/13/2012 |
| Ibiza Love<br>00:36:59 | 10/27/2012 | 10/28/2012 | 11/07/2012 |
| Inspiration<br>00:50:14 | 08/10/2012 | 08/14/2012 | 08/13/2012 |
| Morning Memories<br>18:32:07 | 09/10/2012 | 09/19/2012 | 09/16/2012 |
| Morning Tryst<br>00:47:36 | 07/24/2012 | 07/25/2012 | 08/13/2012 |
| Perfect Together<br>18:35:50 | 08/29/2012 | 09/19/2012 | 09/16/2012 |
| Photo Fantasy<br>23:25:08 | 09/28/2012 | 09/28/2012 | 10/12/2012 |
| Private Time<br>15:53:40 | 07/31/2012 | 08/21/2012 | 09/01/2012 |
| Red Hot<br>00:42:30 | 10/12/2012 | 10/14/2012 | 11/07/2012 |

EXHIBIT B

NIL27

| | | | |
|---|---|---|---|
| Side by Side 18:08:35 | 09/03/2012 | 09/19/2012 | 09/16/2012 |
| Starting Over 16:01:00 | 08/27/2012 | 09/10/2012 | 09/01/2012 |
| Still With Me 00:53:21 | 11/02/2012 | 11/07/2012 | 11/07/2012 |
| This Side of Paradise 00:14:34 | 08/19/2012 | 08/21/2012 | 08/31/2012 |
| Threes Company 15:50:41 | 08/17/2012 | 08/15/2012 | 09/01/2012 |
| Transcendence 00:24:37 | 07/30/2012 | 07/31/2012 | 08/13/2012 |
| Unbelievably Beautiful 18:06:41 | 08/24/2012 | 09/10/2012 | 09/02/2012 |
| Underwater Lover 00:50:04 | 09/17/2012 | 09/20/2012 | 10/03/2012 |
| Wild Things 23:16:52 | 10/05/2012 | 10/07/2012 | 10/19/2012 |
| Young Passion 00:43:36 | 10/17/2012 | 10/26/2012 | 11/07/2012 |

**Total Statutory Copyright Infringements for Doe #4:  30**

EXHIBIT B

Doe #5

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Angel Afternoon Delight 20:21:06 | 02/20/2012 | 02/21/2012 | 04/22/2012 |
| Close to the Edge 19:13:31 | 08/06/2012 | 08/07/2012 | 08/06/2012 |
| Farewell 03:08:20 | 08/03/2012 | 08/07/2012 | 08/07/2012 |
| Miss Perfect 13:38:12 | 10/01/2012 | 10/07/2012 | 10/02/2012 |
| Perfect Together 13:43:37 | 08/29/2012 | 09/19/2012 | 10/02/2012 |
| Photo Fantasy 13:45:22 | 09/28/2012 | 09/28/2012 | 10/02/2012 |
| Side by Side 19:49:20 | 09/03/2012 | 09/19/2012 | 10/02/2012 |
| Slow Motion 00:43:24 | 04/22/2012 | 04/23/2012 | 05/03/2012 |
| Three for the Show 13:43:45 | 09/24/2012 | 09/28/2012 | 10/02/2012 |
| Threes Company 19:54:39 | 08/17/2012 | 08/15/2012 | 10/02/2012 |
| Unbelievably Beautiful 19:54:27 | 08/24/2012 | 09/10/2012 | 10/02/2012 |
| WInfringemente Hot 20:08:01 | 08/02/2012 | 08/05/2012 | 08/06/2012 |

**Total Statutory Copyright Infringements for Doe #5:  12**

EXHIBIT B

NIL27

Doe #6

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| Dangerous Game<br>05:40:37 | 10/10/2012 | 10/14/2012 | 10/12/2012 |
| Daydream<br>17:04:28 | 10/15/2012 | 10/15/2012 | 10/20/2012 |
| Morning Memories<br>12:58:47 | 09/10/2012 | 09/19/2012 | 10/12/2012 |
| Photo Fantasy<br>22:41:19 | 09/28/2012 | 09/28/2012 | 10/11/2012 |
| Red Hot<br>17:00:55 | 10/12/2012 | 10/14/2012 | 10/20/2012 |
| Silver Bullets<br>10:16:34 | 05/13/2012 | 05/16/2012 | 11/06/2012 |
| Sunday Afternoon<br>22:57:27 | 07/06/2012 | 07/11/2012 | 11/06/2012 |
| Three for the Show<br>05:06:54 | 09/24/2012 | 09/28/2012 | 10/11/2012 |
| Threes Company<br>21:21:18 | 08/17/2012 | 08/15/2012 | 10/11/2012 |
| Wild Things<br>08:41:59 | 10/05/2012 | 10/07/2012 | 10/10/2012 |
| Young Passion<br>21:17:55 | 10/17/2012 | 10/26/2012 | 10/18/2012 |

**Total Statutory Copyright Infringements for Doe #6: 11**

EXHIBIT B

NIL27

Doe #7

| Title | Date First Pub Infringement Date | | Regis Date |
|-------|-----------|-----------|------------|
| The Art of Anal Sex 21:33:02 | 04/25/2011 | 02/21/2012 | 08/24/2012 |
| Threes Company 01:34:45 | 08/17/2012 | 08/15/2012 | 10/29/2012 |
| Tiffany Teenagers in Love 09:29:53 | 12/29/2010 | 11/20/2011 | 12/14/2011 |
| Yoga in the Sky 21:36:43 | 06/27/2012 | 06/29/2012 | 07/14/2012 |

**Total Statutory Copyright Infringements for Doe #7: 4**

EXHIBIT B

NIL27

Doe #8

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Angel Afternoon Delight 12:19:57 | 02/20/2012 | 02/21/2012 | 03/25/2012 |
| Anneli Dream Girl 21:44:55 | 12/19/2011 | 01/04/2012 | 01/28/2012 |
| Blonde Ambition 04:45:07 | 03/05/2012 | 03/06/2012 | 08/14/2012 |
| Breakfast in Bed 17:26:57 | 04/16/2012 | 04/17/2012 | 07/01/2012 |
| California Dreams 23:53:17 | 03/12/2012 | 03/12/2012 | 04/01/2012 |
| Deep Inside Caprice 23:50:05 | 04/13/2011 | 02/21/2012 | 06/10/2012 |
| First Love 02:16:29 | 09/05/2012 | 09/25/2012 | 09/13/2012 |
| Good Vibrations 01:04:52 | 07/02/2012 | 07/09/2012 | 08/23/2012 |
| Happy Couple 00:32:39 | 06/25/2012 | 06/25/2012 | 07/01/2012 |
| Heaven Sent 02:32:34 | 04/30/2012 | 04/27/2012 | 08/23/2012 |
| Heavenly Brunettes 20:59:26 | 03/07/2012 | 03/14/2012 | 08/22/2012 |
| Inspiration 04:17:44 | 08/10/2012 | 08/14/2012 | 08/14/2012 |
| Just the Two of Us 04:32:12 | 11/18/2011 | 03/18/2012 | 08/14/2012 |
| Like a Dove 17:31:58 | 05/23/2012 | 05/23/2012 | 07/01/2012 |
| Like The First Time 22:35:04 | 02/29/2012 | 02/29/2012 | 04/01/2012 |
| Little Lover 16:42:48 | 04/30/2012 | 05/02/2012 | 05/21/2012 |
| Lunchtime Fantasy 22:00:58 | 03/19/2012 | 03/19/2012 | 04/01/2012 |
| Romantic Memories 17:24:52 | 05/16/2012 | 05/16/2012 | 07/01/2012 |
| Roommates 21:04:59 | 04/10/2012 | 04/11/2012 | 08/22/2012 |
| Sapphic Experience 17:33:42 | 06/11/2012 | 06/14/2012 | 07/01/2012 |

EXHIBIT B

| | | | |
|---|---|---|---|
| Show You My Love 22:32:02 | 02/16/2011 | 04/14/2012 | 06/04/2012 |
| Side by Side 02:11:37 | 09/03/2012 | 09/19/2012 | 09/13/2012 |
| Slow Motion 18:29:15 | 04/22/2012 | 04/23/2012 | 05/28/2012 |
| Sneak N Peek 09:42:58 | 06/01/2012 | 06/01/2012 | 07/01/2012 |
| Teenage Dream 06:35:28 | 05/29/2012 | 06/01/2012 | 07/01/2012 |
| The Rich Girl Part #1 05:13:24 | 11/02/2011 | 03/10/2012 | 03/25/2012 |
| The Rich Girl Part #2 05:18:16 | 11/16/2011 | 11/30/2011 | 03/25/2012 |
| Threes Company 01:03:50 | 08/17/2012 | 08/15/2012 | 09/18/2012 |
| Tiffany Sex With A Supermodel 04:52:38 | 02/23/2011 | 11/21/2011 | 03/25/2012 |
| Transcendence 03:18:57 | 07/30/2012 | 07/31/2012 | 08/14/2012 |
| WInfringemente Hot 03:16:06 | 08/02/2012 | 08/05/2012 | 08/14/2012 |
| Wild at Heart 03:34:38 | 04/08/2012 | 04/09/2012 | 08/14/2012 |
| Yoga in the Sky 16:45:07 | 06/27/2012 | 06/29/2012 | 06/30/2012 |
| Young and Hot 03:28:03 | 06/06/2012 | 06/08/2012 | 08/14/2012 |

**Total Statutory Copyright Infringements for Doe #8:  34**

EXHIBIT B

NIL27

Doe #9

| Title | Date First Pub Infringement Date | Regis Date |
|---|---|---|
| A Day to Remember 19:13:40 | 10/22/2012 10/26/2012 | 10/23/2012 |
| Backstage 10:00:19 | 07/17/2012 07/18/2012 | 07/18/2012 |
| Being Me 05:31:24 | 08/15/2012 08/21/2012 | 08/21/2012 |
| Black Lingerie Bliss 16:50:37 | 09/19/2012 09/19/2012 | 09/21/2012 |
| Breakfast in Bed 12:59:02 | 04/16/2012 04/17/2012 | 04/17/2012 |
| Casual Affair 14:50:22 | 08/01/2012 08/05/2012 | 08/11/2012 |
| Casual Sex 18:36:59 | 10/31/2012 11/07/2012 | 10/31/2012 |
| Close to the Edge 07:42:26 | 08/06/2012 08/07/2012 | 08/10/2012 |
| Coucher Avec une Autre Fille 16:20:08 | 08/13/2012 08/14/2012 | 08/13/2012 |
| Daddys Office 20:13:13 | 11/12/2010 02/21/2012 | 10/04/2012 |
| Dangerous Game 20:56:21 | 10/10/2012 10/14/2012 | 10/08/2012 |
| Daydream 02:21:21 | 10/15/2012 10/15/2012 | 10/16/2012 |
| Evening at Home 19:36:33 | 03/21/2012 03/22/2012 | 03/21/2012 |
| Evening at Home Part #2 00:14:38 | 04/04/2012 04/04/2012 | 04/06/2012 |
| Farewell 00:14:24 | 08/03/2012 08/07/2012 | 08/09/2012 |
| First Love 14:55:41 | 09/05/2012 09/25/2012 | 09/06/2012 |
| Flexible Beauty 03:46:07 | 10/19/2012 10/26/2012 | 10/21/2012 |
| Foot Fetish 23:33:35 | 06/20/2012 06/21/2012 | 06/20/2012 |
| Happy Couple 23:24:19 | 06/25/2012 06/25/2012 | 06/26/2012 |
| Heaven Sent 19:26:06 | 04/30/2012 04/27/2012 | 04/28/2012 |

EXHIBIT B

| | | | |
|---|---|---|---|
| House of the Rising Sun 01:15:49 | 09/07/2012 | 09/19/2012 | 09/08/2012 |
| Ibiza Love 22:59:01 | 10/27/2012 | 10/28/2012 | 10/29/2012 |
| Like a Dove 02:10:54 | 05/23/2012 | 05/23/2012 | 05/24/2012 |
| Little Lover 21:47:19 | 04/30/2012 | 05/02/2012 | 05/01/2012 |
| Lovers Quarrel 01:59:35 | 11/14/2012 | 11/20/2012 | 11/12/2012 |
| Lunchtime Fantasy 23:50:24 | 03/19/2012 | 03/19/2012 | 03/19/2012 |
| Morning Memories 00:09:58 | 09/10/2012 | 09/19/2012 | 09/15/2012 |
| Morning Tryst 19:26:08 | 07/24/2012 | 07/25/2012 | 07/25/2012 |
| On My Own 05:01:12 | 06/04/2012 | 06/08/2012 | 07/27/2012 |
| One Night Stand 19:45:24 | 05/02/12 | 05/02/2012 | 05/02/2012 |
| Perfect Girls 09:57:18 | 03/28/2012 | 03/28/2012 | 04/02/2012 |
| Perfect Together 07:50:19 | 08/29/2012 | 09/19/2012 | 08/30/2012 |
| Photo Fantasy 21:09:14 | 09/28/2012 | 09/28/2012 | 09/27/2012 |
| Pink Orgasm 03:08:15 | 07/16/2012 | 07/18/2012 | 07/15/2012 |
| Pure Grace 03:26:32 | 07/11/2012 | 07/12/2012 | 07/15/2012 |
| Romantic Memories 16:54:04 | 05/16/2012 | 05/16/2012 | 05/17/2012 |
| Roommates 05:48:34 | 04/10/2012 | 04/11/2012 | 04/12/2012 |
| Russian Invasion 20:40:52 | 09/26/2012 | 09/28/2012 | 09/26/2012 |
| Sapphic Experience 07:53:24 | 06/11/2012 | 06/14/2012 | 06/16/2012 |
| Slow Motion 20:31:20 | 04/22/2012 | 04/23/2012 | 04/23/2012 |
| Sneak N Peek 21:25:07 | 06/01/2012 | 06/01/2012 | 06/01/2012 |
| Soul Mates 21:41:13 | 11/07/2012 | 11/15/2012 | 11/05/2012 |

EXHIBIT B

NIL27

| | | | |
|---|---|---|---|
| Still With Me 18:14:56 | 11/02/2012 | 11/07/2012 | 11/04/2012 |
| Strawberry Blonde 15:33:44 | 06/22/2012 | 06/25/2012 | 06/20/2012 |
| Sunday Afternoon 06:33:05 | 07/06/2012 | 07/11/2012 | 07/16/2012 |
| Teenage Dream 22:34:25 | 05/29/2012 | 06/01/2012 | 05/30/2012 |
| This Side of Paradise 22:30:45 | 08/19/2012 | 08/21/2012 | 08/20/2012 |
| Threes Company 22:41:08 | 08/17/2012 | 08/15/2012 | 10/24/2012 |
| Wild at Heart 12:59:47 | 04/08/2012 | 04/09/2012 | 04/10/2012 |
| Wild Things 23:55:53 | 10/05/2012 | 10/07/2012 | 10/03/2012 |
| Yoga in the Sky 03:31:41 | 06/27/2012 | 06/29/2012 | 07/15/2012 |
| Young and Hot 14:07:41 | 06/06/2012 | 06/08/2012 | 07/27/2012 |
| Young Passion 11:30:19 | 10/17/2012 | 10/26/2012 | 10/21/2012 |

**Total Statutory Copyright Infringements for Doe #9:  53**

EXHIBIT B

Doe #10

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| A Day to Remember<br>15:19:44 | 10/22/2012 | 10/26/2012 | 10/23/2012 |
| Carlie Beautiful Blowjob<br>02:58:01 | 03/26/2010 | 11/21/2011 | 10/31/2012 |
| First Love<br>14:02:51 | 09/05/2012 | 09/25/2012 | 09/11/2012 |
| Flexible Beauty<br>19:47:19 | 10/19/2012 | 10/26/2012 | 10/20/2012 |
| Her First Threesome<br>15:00:34 | 07/27/2011 | 05/25/2012 | 10/12/2012 |
| Lovers in Paradise<br>03:30:41 | 12/30/2011 | 03/10/2012 | 09/17/2012 |
| Morning Memories<br>03:41:35 | 09/10/2012 | 09/19/2012 | 09/17/2012 |
| One Night Stand<br>15:01:23 | 05/02/2012 | 05/02/2012 | 10/12/2012 |
| Perfect Together<br>19:27:22 | 08/29/2012 | 09/19/2012 | 09/14/2012 |
| Pink Orgasm<br>14:58:49 | 07/16/2012 | 07/18/2012 | 10/12/2012 |
| Poolside Romp<br>18:06:29 | 08/05/2011 | 04/04/2012 | 10/15/2012 |
| Positively In Love<br>17:27:45 | 07/04/2012 | 07/11/2012 | 10/06/2012 |
| Romantic Memories<br>19:23:20 | 05/16/2012 | 05/16/2012 | 09/14/2012 |
| Side by Side<br>15:44:33 | 09/03/2012 | 09/19/2012 | 09/06/2012 |
| Silver Bullets<br>15:16:25 | 05/13/2012 | 05/16/2012 | 10/29/2012 |
| Starting Over<br>19:28:05 | 08/27/2012 | 09/10/2012 | 09/14/2012 |
| Stay With Me<br>15:13:48 | 10/28/2011 | 03/10/2012 | 10/29/2012 |
| The Masseuse<br>17:33:32 | 11/25/2011 | 03/08/2012 | 09/11/2012 |
| This Side of Paradise<br>14:13:34 | 08/19/2012 | 08/21/2012 | 09/11/2012 |
| Threes Company<br>14:57:24 | 08/17/2012 | 08/15/2012 | 10/12/2012 |

EXHIBIT B

| Title | Date First Pub | | Regis Date |
|---|---|---|---|

| Unbelievably Beautiful 13:52:57 | 08/24/2012 | 09/10/2012 | 09/11/2012 |
| Veronica Wet Orgasm 19:36:32 | 10/05/2011 | 11/23/2011 | 09/14/2012 |

**Total Statutory Copyright Infringements for Doe #10:  22**


Doe #11

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Flexible Beauty 23:59:29 | 10/19/2012 | 10/26/2012 | 10/24/2012 |
| Happy Couple 23:32:48 | 06/25/2012 | 06/25/2012 | 06/27/2012 |
| Little Lover 01:09:13 | 04/30/2012 | 05/02/2012 | 09/15/2012 |
| Red Hot 10:32:25 | 10/12/2012 | 10/14/2012 | 10/17/2012 |
| Roommates 20:39:10 | 04/10/2012 | 04/11/2012 | 04/21/2012 |
| Sneak N Peek 14:12:52 | 06/01/2012 | 06/01/2012 | 06/02/2012 |
| Threes Company 01:41:45 | 08/17/2012 | 08/15/2012 | 10/31/2012 |
| Unbelievably Beautiful 23:40:31 | 08/24/2012 | 09/10/2012 | 08/24/2012 |
| Young Passion 03:46:27 | 10/17/2012 | 10/26/2012 | 10/21/2012 |

**Total Statutory Copyright Infringements for Doe #11:  9**

EXHIBIT B

NIL27

Doe #12

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| Farewell<br>16:58:01 | 08/03/2012 | 08/07/2012 | 09/15/2012 |
| First Love<br>16:51:19 | 09/05/2012 | 09/25/2012 | 09/15/2012 |
| Fucking Perfection<br>16:49:01 | 06/24/2011 | 05/11/2012 | 09/15/2012 |
| Happy Couple<br>16:32:33 | 06/25/2012 | 06/25/2012 | 10/08/2012 |
| Leila Faye Awesome Threesome<br>03:08:07 | 02/02/2011 | 02/21/2012 | 10/09/2012 |
| Little Lover<br>16:55:38 | 04/30/2012 | 05/02/2012 | 09/15/2012 |
| Perfect Lovers<br>18:24:49 | 07/20/2011 | 04/09/2012 | 08/19/2012 |
| Teenage Dream<br>18:02:29 | 05/29/2012 | 06/01/2012 | 06/18/2012 |
| Threes Company<br>02:31:59 | 08/17/2012 | 08/15/2012 | 09/05/2012 |
| Young and Hot<br>16:58:25 | 06/06/2012 | 06/08/2012 | 09/15/2012 |

**Total Statutory Copyright Infringements for Doe #12:  10**

EXHIBIT B

NIL27

Doe #13

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|-------|------------------------------------|--|-----------|
| Connie True Love<br>12:15:52 | 02/08/2012 | 02/17/2012 | 10/21/2012 |
| Fucking Perfection<br>18:10:09 | 06/24/2011 | 05/11/2012 | 10/24/2012 |
| Like The First Time<br>16:16:22 | 02/29/2012 | 02/29/2012 | 10/24/2012 |
| Lovers in Paradise<br>15:21:17 | 12/30/2011 | 03/10/2012 | 10/30/2012 |
| Morning Tryst<br>09:55:56 | 07/24/2012 | 07/25/2012 | 09/10/2012 |
| Romantic Memories<br>06:09:54 | 05/16/2012 | 05/16/2012 | 10/21/2012 |
| The Ultimate Blowjob<br>17:36:54 | 04/22/2011 | 02/21/2012 | 10/24/2012 |
| Threes Company<br>16:31:08 | 08/17/2012 | 08/15/2012 | 10/24/2012 |
| Tiffany Sex With A Supermodel<br>16:41:40 | 02/23/2011 | 11/21/2011 | 10/24/2012 |

**Total Statutory Copyright Infringements for Doe #13: 9**

EXHIBIT B

Doe #14

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Backdoor Lover 22:45:54 | 08/03/2011 | 04/09/2012 | 11/04/2012 |
| Black Lingerie Bliss 04:38:49 | 09/19/2012 | 09/19/2012 | 09/22/2012 |
| Casual Sex 05:54:44 | 10/31/2012 | 11/07/2012 | 11/06/2012 |
| Introducing Diana 15:25:11 | 05/11/2012 | 05/11/2012 | 06/06/2012 |
| MaryJane Young Love 00:17:17 | 08/15/2011 | 11/23/2011 | 10/17/2012 |
| Pretty Back Door Baby 02:25:17 | 05/08/2012 | 05/10/2012 | 05/11/2012 |
| Slow Motion 03:55:16 | 04/22/2012 | 04/23/2012 | 05/02/2012 |
| Sneak N Peek 02:28:24 | 06/01/2012 | 06/01/2012 | 06/14/2012 |
| The Rich Girl Part #2 23:33:14 | 11/16/2011 | 11/30/2011 | 05/02/2012 |
| Threes Company 06:13:06 | 08/17/2012 | 08/15/2012 | 11/06/2012 |
| Unbelievably Beautiful 07:32:28 | 08/24/2012 | 09/10/2012 | 09/19/2012 |
| Underwater Lover 07:39:15 | 09/17/2012 | 09/20/2012 | 09/19/2012 |
| Veronica Wet Orgasm 04:38:34 | 10/05/2011 | 11/23/2011 | 09/22/2012 |
| Young Passion 21:59:13 | 10/17/2012 | 10/26/2012 | 11/04/2012 |

**Total Statutory Copyright Infringements for Doe #14:  14**

EXHIBIT B

NIL27

Doe #15

| Title | Date First Pub | | Regis Date |
|-------|----------------|---|------------|
| | Infringement Date | | |
| Stay With Me | 10/28/2011 | 03/10/2012 | 04/12/2012 |
| 04:41:47 | | | |
| Sunday Afternoon | 07/06/2012 | 07/11/2012 | 07/10/2012 |
| 14:56:03 | | | |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/13/2012 |
| 03:10:43 | | | |
| Threes Company | 08/17/2012 | 08/15/2012 | 09/11/2012 |
| 13:14:07 | | | |
| Transcendence | 07/30/2012 | 07/31/2012 | 09/18/2012 |
| 13:26:37 | | | |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/11/2012 |
| 13:35:57 | | | |
| Veronica Wet Orgasm | 10/05/2011 | 11/23/2011 | 04/11/2012 |
| 04:36:57 | | | |

**Total Statutory Copyright Infringements for Doe #15:  7**

EXHIBIT B

NIL27

Doe #16

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Black Lingerie Bliss 17:04:13 | 09/19/2012 | 09/19/2012 | 09/29/2012 |
| Casual Sex 19:39:20 | 10/31/2012 | 11/07/2012 | 11/08/2012 |
| Dangerous Game 13:38:43 | 10/10/2012 | 10/14/2012 | 10/14/2012 |
| Daydream 22:20:42 | 10/15/2012 | 10/15/2012 | 10/27/2012 |
| Farewell 10:26:24 | 08/03/2012 | 08/07/2012 | 10/15/2012 |
| Flexible Beauty 14:09:05 | 10/19/2012 | 10/26/2012 | 10/27/2012 |
| Fucking Perfection 17:00:34 | 06/24/2011 | 05/11/2012 | 09/29/2012 |
| Girls Night Out 21:27:27 | 11/14/2011 | 11/23/2011 | 10/16/2012 |
| Ibiza Love 19:38:23 | 10/27/2012 | 10/28/2012 | 11/08/2012 |
| Kristen Girl Next Door 13:19:51 | 08/25/2010 | 11/18/2011 | 10/13/2012 |
| Morning Memories 11:12:20 | 09/10/2012 | 09/19/2012 | 10/14/2012 |
| Morning Tryst 09:54:40 | 07/24/2012 | 07/25/2012 | 10/16/2012 |
| Photo Fantasy 12:36:04 | 09/28/2012 | 09/28/2012 | 10/14/2012 |
| Pink Orgasm 10:34:17 | 07/16/2012 | 07/18/2012 | 10/15/2012 |
| Pure Passion 13:37:37 | 06/03/2011 | 03/10/2012 | 10/27/2012 |
| Red Hot 10:29:51 | 10/12/2012 | 10/14/2012 | 10/15/2012 |
| Red Hot Summer 00:13:35 | 09/23/2011 | 03/10/2012 | 10/17/2012 |
| Soul Mates 19:27:17 | 11/07/2012 | 11/15/2012 | 11/08/2012 |
| Starting Over 21:18:07 | 08/27/2012 | 09/10/2012 | 10/16/2012 |
| Still With Me 19:34:44 | 11/02/2012 | 11/07/2012 | 11/08/2012 |

EXHIBIT B

NIL27

| | | | |
|---|---|---|---|
| Threes Company 21:17:32 | 08/17/2012 | 08/15/2012 | 10/15/2012 |
| Veronica Wet Orgasm 17:04:23 | 10/05/2011 | 11/23/2011 | 09/29/2012 |
| Young Passion 14:08:00 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Statutory Copyright Infringements for Doe #16:  23**

Doe #17

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| A Day to Remember 17:43:59 | 10/22/2012 | 10/26/2012 | 11/11/2012 |
| Backdoor Lover 10:32:22 | 08/03/2011 | 04/09/2012 | 11/13/2012 |
| Backstage 10:05:26 | 07/17/2012 | 07/18/2012 | 11/13/2012 |
| Dangerous Game 02:49:18 | 10/10/2012 | 10/14/2012 | 11/03/2012 |
| First Love 05:38:39 | 09/05/2012 | 09/25/2012 | 11/07/2012 |
| Flexible Beauty 00:30:35 | 10/19/2012 | 10/26/2012 | 11/09/2012 |
| Fucking Perfection 15:23:16 | 06/24/2011 | 05/11/2012 | 11/08/2012 |
| Morning Tryst 10:03:55 | 07/24/2012 | 07/25/2012 | 11/13/2012 |
| Pure Passion 17:32:03 | 06/03/2011 | 03/10/2012 | 11/11/2012 |
| Red Hot 17:40:33 | 10/12/2012 | 10/14/2012 | 11/11/2012 |
| Side by Side 00:24:17 | 09/03/2012 | 09/19/2012 | 11/07/2012 |
| Three for the Show 17:49:00 | 09/24/2012 | 09/28/2012 | 11/11/2012 |
| Threes Company 17:52:35 | 08/17/2012 | 08/15/2012 | 11/11/2012 |
| Unbelievably Beautiful 18:26:41 | 08/24/2012 | 09/10/2012 | 11/07/2012 |
| Wild Things 06:43:22 | 10/05/2012 | 10/07/2012 | 11/10/2012 |
| Young Passion 19:24:54 | 10/17/2012 | 10/26/2012 | 11/07/2012 |

**Total Statutory Copyright Infringements for Doe #17:  16**

Doe #18

| Title | Date First Pub | Infringement Date | Regis Date |
|-------|----------------|-------------------|------------|
| Backstage 03:45:23 | 07/17/2012 | 07/18/2012 | 11/12/2012 |
| First Love 02:27:11 | 09/05/2012 | 09/25/2012 | 11/13/2012 |
| Fucking Perfection 01:55:57 | 06/24/2011 | 05/11/2012 | 11/13/2012 |
| Lunchtime Fantasy 01:47:19 | 03/19/2012 | 03/19/2012 | 11/13/2012 |
| Morning Memories 02:25:07 | 09/10/2012 | 09/19/2012 | 11/13/2012 |
| Perfect Together 03:30:43 | 08/29/2012 | 09/19/2012 | 11/12/2012 |
| Pink Orgasm 03:34:27 | 07/16/2012 | 07/18/2012 | 11/12/2012 |
| Red Hot 02:07:31 | 10/12/2012 | 10/14/2012 | 11/13/2012 |
| Show You My Love 01:58:31 | 02/16/2011 | 04/14/2012 | 11/13/2012 |
| Side by Side 02:36:43 | 09/03/2012 | 09/19/2012 | 11/13/2012 |
| The Masseuse 01:53:46 | 11/25/2011 | 03/08/2012 | 11/13/2012 |
| This Side of Paradise 02:44:35 | 08/19/2012 | 08/21/2012 | 11/13/2012 |
| Three for the Show 02:15:11 | 09/24/2012 | 09/28/2012 | 09/29/2012 |
| Threes Company 01:37:50 | 08/17/2012 | 08/15/2012 | 09/29/2012 |
| Transcendence 12:20:28 | 07/30/2012 | 07/31/2012 | 08/05/2012 |
| Unbelievably Beautiful 00:33:12 | 08/24/2012 | 09/10/2012 | 10/31/2012 |
| Veronica Wet Orgasm 02:09:04 | 10/05/2011 | 11/23/2011 | 11/13/2012 |
| Wild Things 00:26:53 | 10/05/2012 | 10/07/2012 | 10/31/2012 |
| Yoga in the Sky 03:23:23 | 06/27/2012 | 06/29/2012 | 11/12/2012 |
| Young and Hot 03:34:37 | 06/06/2012 | 06/08/2012 | 11/12/2012 |

EXHIBIT B

Young Passion                    10/17/2012  10/26/2012        10/30/2012
23:48:03

**Total Statutory Copyright Infringements for Doe #18:  21**

NIL27

Doe #19

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Amazing Grace 20:59:16 | 09/14/2012 | 09/19/2012 | 09/20/2012 |
| Angel Journey To The East 03:53:08 | 12/22/2011 | 01/04/2012 | 02/25/2012 |
| Anneli Dream Girl 06:23:40 | 12/19/2011 | 01/04/2012 | 02/24/2012 |
| Dangerous Game 05:19:29 | 10/10/2012 | 10/14/2012 | 10/13/2012 |
| Farewell 21:12:59 | 08/03/2012 | 08/07/2012 | 08/29/2012 |
| First Love 22:39:17 | 09/05/2012 | 09/25/2012 | 09/06/2012 |
| House of the Rising Sun 09:10:51 | 09/07/2012 | 09/19/2012 | 09/09/2012 |
| Kristen Girl Next Door 19:36:15 | 08/25/2010 | 11/18/2011 | 04/22/2012 |
| Like The First Time 12:20:41 | 02/29/2012 | 02/29/2012 | 10/03/2012 |
| Morning Memories 07:17:08 | 09/10/2012 | 09/19/2012 | 09/11/2012 |
| Poolside Passion 23:36:15 | 10/25/2012 | 10/26/2012 | 10/27/2012 |
| Positively In Love 00:43:34 | 07/04/2012 | 07/11/2012 | 08/23/2012 |
| Private Time 21:07:18 | 07/31/2012 | 08/21/2012 | 08/29/2012 |
| Pure Grace 04:04:24 | 07/11/2012 | 07/12/2012 | 08/24/2012 |
| Red Hot 09:11:29 | 10/12/2012 | 10/14/2012 | 11/13/2012 |
| Side by Side 22:39:48 | 09/03/2012 | 09/19/2012 | 09/06/2012 |
| Silvie Eufrat Strip Poker 02:11:47 | 02/06/2012 | 02/17/2012 | 02/24/2012 |
| Starting Over 21:12:06 | 08/27/2012 | 09/10/2012 | 08/29/2012 |
| Threes Company 22:28:46 | 08/17/2012 | 08/15/2012 | 09/06/2012 |
| Time to Go 19:43:46 | 03/14/2012 | 03/10/2012 | 08/24/2012 |

EXHIBIT B

NIL27

| | | | |
|---|---|---|---|
| Unbelievably Beautiful 21:12:38 | 08/24/2012 | 09/10/2012 | 08/29/2012 |
| Wild Things 05:22:26 | 10/05/2012 | 10/07/2012 | 10/13/2012 |
| Young and Hot 16:29:39 | 06/06/2012 | 06/08/2012 | 08/31/2012 |
| Young Passion 03:29:44 | 10/17/2012 | 10/26/2012 | 10/22/2012 |

**Total Statutory Copyright Infringements for Doe #19:  24**

EXHIBIT B

NIL27

Doe #20

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| California Dreams 20:46:37 | 03/12/2012 | 03/12/2012 | 09/29/2012 |
| Come To My Window 14:06:51 | 07/27/2012 | 07/31/2012 | 09/25/2012 |
| Heavenly Brunettes 00:34:48 | 03/07/2012 | 03/14/2012 | 04/30/2012 |
| House of the Rising Sun 14:46:24 | 09/07/2012 | 09/19/2012 | 09/25/2012 |
| Jennifer Naughty Angel 16:03:16 | 11/05/2010 | 02/21/2012 | 09/25/2012 |
| Like The First Time 13:24:20 | 02/29/2012 | 02/29/2012 | 09/25/2012 |
| Lunchtime Fantasy 04:05:43 | 03/19/2012 | 03/19/2012 | 04/30/2012 |
| Morning Memories 14:21:14 | 09/10/2012 | 09/19/2012 | 09/25/2012 |
| On My Own 15:49:55 | 06/04/2012 | 06/08/2012 | 09/25/2012 |
| Pink Orgasm 13:31:10 | 07/16/2012 | 07/18/2012 | 09/25/2012 |
| Silver Bullets 09:41:37 | 05/13/2012 | 05/16/2012 | 07/10/2012 |
| Silvie Eufrat Strip Poker 03:45:25 | 02/06/2012 | 02/17/2012 | 04/30/2012 |
| Slow Motion 14:38:42 | 04/22/2012 | 04/23/2012 | 09/25/2012 |
| Starting Over 13:46:19 | 08/27/2012 | 09/10/2012 | 09/25/2012 |
| Threes Company 20:47:05 | 08/17/2012 | 08/15/2012 | 09/29/2012 |
| Tiffany Sex with a Supermodel 14:54:16 | 02/23/2011 | 11/21/2011 | 09/25/2012 |
| Transcendence 20:46:31 | 07/30/2012 | 07/31/2012 | 09/29/2012 |
| Unbelievably Beautiful 20:46:39 | 08/24/2012 | 09/10/2012 | 09/29/2012 |
| WInfringemente Hot 13:34:20 | 08/02/2012 | 08/05/2012 | 09/25/2012 |
| Wild at Heart 14:38:49 | 04/08/2012 | 04/09/2012 | 09/25/2012 |

EXHIBIT B

Yoga in the Sky                              06/27/2012  06/29/2012            09/25/2012
13:13:28

**Total Statutory Copyright Infringements for Doe #20:  21**

EXHIBIT B

Doe #21

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| A Day to Remember 00:52:42 | 10/22/2012 | 10/26/2012 | 10/29/2012 |
| Amazing Grace 20:37:17 | 09/14/2012 | 09/19/2012 | 10/29/2012 |
| Anneli Leila Menage A Trois 21:27:40 | 01/13/2012 | 01/17/2012 | 10/26/2012 |
| Black Lingerie Bliss 12:08:47 | 09/19/2012 | 09/19/2012 | 10/18/2012 |
| Blonde Ambition 10:16:44 | 03/05/2012 | 03/06/2012 | 10/17/2012 |
| California Dreams 10:47:31 | 03/12/2012 | 03/12/2012 | 09/14/2012 |
| Casual Affair 22:15:14 | 08/01/2012 | 08/05/2012 | 11/05/2012 |
| Constance Aaron X–Art on TV 03:15:13 | 12/02/2011 | 01/17/2012 | 10/18/2012 |
| Dangerous Game 03:19:34 | 10/10/2012 | 10/14/2012 | 10/18/2012 |
| Deep Inside Caprice 19:40:10 | 04/13/2011 | 02/21/2012 | 11/07/2012 |
| Dream Come True 11:57:46 | 07/13/2012 | 07/20/2012 | 10/18/2012 |
| Evening at Home 16:02:27 | 03/21/2012 | 03/22/2012 | 10/18/2012 |
| Faye Prelude to an Orgy 10:40:55 | 02/11/2011 | 02/21/2012 | 10/15/2012 |
| First Love 11:59:12 | 09/05/2012 | 09/25/2012 | 09/15/2012 |
| Fucking Perfection 01:45:18 | 06/24/2011 | 05/11/2012 | 09/17/2012 |
| Girls Night Out 00:14:48 | 11/14/2011 | 11/23/2011 | 11/07/2012 |
| Happy Couple 12:01:46 | 06/25/2012 | 06/25/2012 | 11/06/2012 |
| House of the Rising Sun 11:55:54 | 09/07/2012 | 09/19/2012 | 09/15/2012 |
| Kristen Girl Next Door 05:53:11 | 08/25/2010 | 11/18/2011 | 11/06/2012 |
| LA Love 12:12:56 | 03/22/2010 | 05/23/2012 | 10/18/2012 |

EXHIBIT B

| | | | |
|---|---|---|---|
| Little Lover 11:18:15 | 04/30/2012 | 05/02/2012 | 09/15/2012 |
| Miss Perfect 19:34:22 | 10/01/2012 | 10/07/2012 | 11/07/2012 |
| Morning Memories 05:28:02 | 09/10/2012 | 09/19/2012 | 09/15/2012 |
| Morning Tryst 03:58:00 | 07/24/2012 | 07/25/2012 | 10/18/2012 |
| My Love 21:21:13 | 11/09/2011 | 03/09/2012 | 11/05/2012 |
| One Night Stand 00:14:59 | 05/02/2012 | 05/02/2012 | 10/17/2012 |
| Perfect Girls 00:03:10 | 03/28/2012 | 03/28/2012 | 10/17/2012 |
| Perfect Together 22:34:50 | 08/29/2012 | 09/19/2012 | 09/16/2012 |
| Photo Fantasy 08:07:33 | 09/28/2012 | 09/28/2012 | 10/18/2012 |
| Pink Orgasm 03:54:58 | 07/16/2012 | 07/18/2012 | 10/18/2012 |
| Positively In Love 03:15:12 | 07/04/2012 | 07/11/2012 | 10/18/2012 |
| Pretty Back Door Baby 01:59:02 | 05/08/2012 | 05/10/2012 | 10/29/2012 |
| Private Time 00:05:13 | 07/31/2012 | 08/21/2012 | 10/17/2012 |
| Red Hot Summer 19:48:54 | 09/23/2011 | 03/10/2012 | 11/07/2012 |
| Roommates 10:17:36 | 04/10/2012 | 04/11/2012 | 10/17/2012 |
| Sapphic Experience 00:15:55 | 06/11/2012 | 06/14/2012 | 11/07/2012 |
| Side by Side 23:28:48 | 09/03/2012 | 09/19/2012 | 09/16/2012 |
| Starting Over 03:30:22 | 08/27/2012 | 09/10/2012 | 10/18/2012 |
| Sunday Afternoon 11:54:56 | 07/06/2012 | 07/11/2012 | 10/18/2012 |
| The Art of Anal Sex 10:55:37 | 04/25/2011 | 02/21/2012 | 09/15/2012 |
| This Side of Paradise 13:03:21 | 08/19/2012 | 08/21/2012 | 10/15/2012 |
| Threes Company 09:12:27 | 08/17/2012 | 08/15/2012 | 10/09/2012 |

EXHIBIT B

NIL27

| | | | |
|---|---|---|---|
| Tiffany Sex With A Supermodel 13:02:28 | 02/23/2011 | 11/21/2011 | 10/15/2012 |
| Tiffany Teenagers in Love 12:19:33 | 12/29/2010 | 11/20/2011 | 09/14/2012 |
| Tori The Endless Orgasm 05:53:41 | 10/20/2010 | 11/18/2011 | 11/06/2012 |
| Unbelievably Beautiful 03:51:57 | 08/24/2012 | 09/10/2012 | 10/18/2012 |
| Wild Things 09:43:00 | 10/05/2012 | 10/07/2012 | 10/18/2012 |
| Young Passion 01:19:51 | 10/17/2012 | 10/26/2012 | 10/29/2012 |

**Total Statutory Copyright Infringements for Doe #21: 48**

Doe #22

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Dangerous Game 09:33:40 | 10/10/2012 | 10/14/2012 | 11/08/2012 |
| First Love 12:59:12 | 09/05/2012 | 09/25/2012 | 09/06/2012 |
| Morning Tryst 10:05:00 | 07/24/2012 | 07/25/2012 | 09/06/2012 |
| Soul Mates 09:27:55 | 11/07/2012 | 11/15/2012 | 11/08/2012 |
| Starting Over 09:50:06 | 08/27/2012 | 09/10/2012 | 09/06/2012 |
| Threes Company 10:28:16 | 08/17/2012 | 08/15/2012 | 09/06/2012 |
| Unbelievably Beautiful 10:35:31 | 08/24/2012 | 09/10/2012 | 09/06/2012 |

**Total Statutory Copyright Infringements for Doe #22: 7**

EXHIBIT B

NIL27

Doe #23

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Anneli Dream Girl 05:58:50 | 12/19/2011 | 01/04/2012 | 08/20/2012 |
| Like The First Time 06:10:28 | 02/29/2012 | 02/29/2012 | 03/04/2012 |
| MaryJane Young Love 06:53:54 | 08/15/2011 | 11/23/2011 | 03/05/2012 |
| Threes Company 05:01:17 | 08/17/2012 | 08/15/2012 | 10/29/2012 |

**Total Statutory Copyright Infringements for Doe #23:  4**

EXHIBIT B

NIL27

Doe #24

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| A Day to Remember 01:01:38 | 10/22/2012 | 10/26/2012 | 10/24/2012 |
| Carlie Big Toy Orgasm 22:34:50 | 03/22/2010 | 02/21/2012 | 09/29/2012 |
| Close to the Edge 01:40:30 | 08/06/2012 | 08/07/2012 | 10/03/2012 |
| Daydream 23:12:02 | 10/15/2012 | 10/15/2012 | 10/17/2012 |
| First Love 00:41:07 | 09/05/2012 | 09/25/2012 | 09/30/2012 |
| Flexible Beauty 03:58:22 | 10/19/2012 | 10/26/2012 | 10/20/2012 |
| Fucking Perfection 03:00:19 | 06/24/2011 | 05/11/2012 | 09/19/2012 |
| Inspiration 01:45:38 | 08/10/2012 | 08/14/2012 | 10/03/2012 |
| Lovely Lovers 03:47:12 | 04/18/2012 | 04/18/2012 | 09/28/2012 |
| Lovers Quarrel 16:12:07 | 11/14/2012 | 11/20/2012 | 11/11/2012 |
| Morning Tryst 21:19:22 | 07/24/2012 | 07/25/2012 | 09/29/2012 |
| One Night Stand 22:13:44 | 05/02/2012 | 05/02/2012 | 09/22/2012 |
| Perfect Together 21:37:44 | 08/29/2012 | 09/19/2012 | 09/16/2012 |
| Positively In Love 00:57:58 | 07/04/2012 | 07/11/2012 | 09/17/2012 |
| Pure Passion 00:59:52 | 06/03/2011 | 03/10/2012 | 09/17/2012 |
| Red Hot 03:07:20 | 10/12/2012 | 10/14/2012 | 10/18/2012 |
| Romantic Memories 03:32:21 | 05/16/2012 | 05/16/2012 | 09/28/2012 |
| Russian Invasion 04:56:18 | 09/26/2012 | 09/28/2012 | 09/27/2012 |
| Show You My Love 00:57:16 | 02/16/2011 | 04/14/2012 | 09/17/2012 |
| Soul Mates 05:21:00 | 11/07/2012 | 11/15/2012 | 11/06/2012 |

EXHIBIT B

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Still With Me<br>01:16:22 | 11/02/2012 | 11/07/2012 | 11/04/2012 |
| This Side of Paradise<br>01:58:47 | 08/19/2012 | 08/21/2012 | 09/28/2012 |
| Three for the Show<br>17:04:32 | 09/24/2012 | 09/28/2012 | 09/29/2012 |
| Threes Company<br>02:58:21 | 08/17/2012 | 08/15/2012 | 09/19/2012 |
| WInfringemente Hot<br>01:01:03 | 08/02/2012 | 08/05/2012 | 09/17/2012 |

**Total Statutory Copyright Infringements for Doe #24:  25**


Doe #25

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| Backstage<br>08:13:50 | 07/17/2012 | 07/18/2012 | 11/01/2012 |
| Ibiza Love<br>06:24:30 | 10/27/2012 | 10/28/2012 | 10/29/2012 |
| Pure Passion<br>04:24:45 | 06/03/2011 | 03/10/2012 | 10/22/2012 |
| Threes Company<br>13:22:49 | 08/17/2012 | 08/15/2012 | 10/04/2012 |
| Wild Things<br>13:14:58 | 10/05/2012 | 10/07/2012 | 10/04/2012 |

**Total Statutory Copyright Infringements for Doe #25:  5**


EXHIBIT B

NIL27