IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-09655 |
| | : | Judge Robert W. Gettleman |
| JOHN DOES 1-25, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 12 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 12 ("Defendant"). Pursuant to the terms of the settlement agreements, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 12 was assigned the IP Address 67.184.45.19. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 12 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: March 26, 2013

                                                   Respectfully submitted,

                                                   By: ___/s/ *Mary K. Schulz*___
                                                 Mary K. Schulz
                                                 Schulz Law, P.C.
                                                 1144 E. State Street, Suite A260
                                                 Geneva, IL 60134

Phone: 224-535-9510
Email: SchulzLaw@me.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Mary K. Schulz*_____
Mary K. Schulz